The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. PHILPOT a.k.a. JEREMY PHILPOT and RACHEL PHILPOT née SULLIVAN, husband and wife, and the marital community composed thereof, d/b/a RACH111683, JEREMY121579 and JASON7107990B8 and JOHN DOES 1-10,<br><br>　　　　　　　　　　　Defendants. | No. C07-1940 RSM<br><br>STIPULATED ORDER ENTERING PERMANENT INJUNCTION AND AGAINST DEFENDANTS MICHAEL AND RACHEL PHILPOT AND RELATED PERSONS PURSUANT TO FED. R. CIV. P. 65(D) |

Based on the Stipulation of the parties, it is hereby ORDERED as follows:

1. Pursuant to Federal Rule of Civil Procedure 65(d), Defendants MICHAEL and RACHEL PHILPOT, are permanently enjoined from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

　　　　a. engaging in the business of advertising, distributing, and selling counterfeit computer software, including programs covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

STIPULATED ORDER
ENTERING PERMANENT
INJUNCTION - 1
No. C07 –1940 RSM

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

      b.    advertising and distributing counterfeit Microsoft software in interstate commerce on the Internet by using any Internet auction site, including eBay (www.ebay.com); and

      c.    engaging in any other activity constituting an infringement of any of Microsoft's property rights, Registered or Unregistered Trademarks, servicemarks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks, servicemarks, and/or copyrights.

**IT IS SO ORDERED**

Dated: March 19, 2008.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP

By: /s Michelle Jensen
Michelle Jensen, WSBA # 36611
David A. Bateman, WSBA #14262
925 Fourth Avenue Suite 2900
Seattle WA 98104
(206) 623-7580
michelle.jensen@klgates.com
david.bateman@klgates.com
Attorneys for Plaintiff,
MICROSOFT CORPORATION

MICHAEL PHILPOT

By /s Michael Philpot
   Michael Philpot
   Defendant, *Pro Se*

STIPULATED ORDER
ENTERING PERMANENT
INJUNCTION - 2
No. C07 –1940 RSM

KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022